**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 20-cv-60827-SINGHAL**

ATP SCIENCE PROPRIETARY, LTD., an
Australian proprietary limited company, and
ATP INSTITUTE PROPRIETARY LIMITED, an
Australian proprietary limited company,

      Plaintiffs,

v.

CAESAR BACARELLA, an individual, ALPHA
PRIME APPAREL, INC., a Florida Corporation,
and ALPHA PRIME REGIMEN, LLC, a Florida
limited liability company,

      Defendants.

_____/

**SUPPLEMENTAL MEDIATOR'S REPORT**

      In accordance with Local Rule 16.2(f)(1) of the Local Rules, the undersigned Mediator Supplements the Mediator's Report [D.E. 43] by reporting that following the mediation conference held September 9, 2020, that all of the parties and their representatives attended via video and/or telephone conference, the Parties and the Mediator continued settlement discussions.  The Mediator reports that the parties have now reached a settlement in principal on all terms, but require time to complete the documents necessary to memorialize the settlement and conclude the case.  For this reason, the Parties request, and the Mediator respectfully recommends, the Court allow the Parties sixty days (60) to complete the necessary documents and file final papers concluding the case.  The Parties and the Mediator have agreed to continue to work together to finalize the necessary documents.

                       Respectfully Submitted,

                       MARK STEIN LAW
                       2999 NE 191st, Suite 330
                       Aventura, FL 33180
                       (305) 356-7550 – voice

                       By: /s/ Mark E. Stein, Esq.
                          Mark E. Stein, Esq.,
                           *Mediator*

*Case No. 20-cv-60827*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 25, 2021, I electronically filed the foregoing document with the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing.

*Via E-mail:  Dbaker@smgqlaw.com;*
*RWalker@smgqlaw.com*

Deborah Baker, Esq.
Rachel E. Walker, Esq.
SMGQ LAW
Satellite Office – One Biscayne Tower
2 South Biscayne Blvd, 34th Floor
Miami, FL 33131

*Via E-mail:  jbecker@harpstbecker.com ;*
*cgarritano@harpstbecker.com*

John W. Becker, Esq.
Christine Garritano, Esq.
HARPST BECKER LLC
1559 Corporate Woods Parkway, Suite 250
Uniontown, OH 44685

*Counsel for Plaintiff*

*Via E-mail: justin.levine@csklegal.com;*
*jake.goodman@csklegal.com*

Justin B. Levine, Esq.
Jake M. Goodman, Esq.
COLE, SCOTT & KISSANE, P.A.
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401

*Counsel for Defendant*

/s/ Mark E. Stein, Esq.
Mark E. Stein, Esq.
Florida Bar No. 818666