UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60827-CIV-SINGHAL/VALLE

ATP SCIENCE PROPRIETARY, LTD.,
an Australian proprietary limited
company, and ATP INSTITUTE
PROPRIETARY LIMITED, an Australian
proprietary limited company,

    Plaintiffs,

v.

CAESAR BACARELLA, an individual,
ALPHA PRIME APPAREL, INC., a Florida
Corporation, and ALPHA PRIME REGIMEN,
LLC, a Florida limited liability company,

    Defendants.
_____/

CAESAR BACARELLA, an individual,
ALPHA PRIME APPAREL, INC., a Florida
Corporation, ALPHA PRIME REGIMEN,
LLC, a Florida limited liability company, and
AP SPORTS REGIMEN, INC., a Florida corporation,

    Counter-Plaintiffs,

v.

ATP SCIENCE PROPRIETARY, LTD.,
an Australian proprietary limited
company, and ATP INSTITUTE
PROPRIETARY LIMITED, an Australian
proprietary limited company,

    Counter-Defendants.
_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court on the June 25, 2021 Supplemental Mediator's

Report (DE [111]) indicating that the parties have reached a settlement in principle on all terms but require additional time to finalize the documents.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal within **60 days** of the date of this Order.  If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.  Furthermore, the Court retains jurisdiction over the case until the settlement is consummated.  The Clerk of Court shall **CLOSE** this case for administrative purposes only.  Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 28th day of June 2021.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF