**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 0:20-cv-60827-RAR**

ATP SCIENCE PROPRIETARY, LTD.,
an Australian proprietary limited company,
and ATP INSTITUTE PROPRIETARY
LIMITED, and Australian proprietary
limited company,

      Plaintiffs,

v.

CAESAR BACARELLA, an individual,
ALPHA PRIME APPAREL, INC. a Florida
Corporation and ALPHA PRIME REGIMEN,
LLC, a Florida limited liability company,

      Defendants.

_____ /

## PROPOSED ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING STIPULATED DISMISSAL

THIS CAUSE came before the Court upon the Plaintiffs ATP Science Proprietary Ltd. ("ATP Science") and ATP Institute Proprietary Limited ("ATP Institute") (together, "ATP" or "Plaintiffs"), *Unopposed* Motion to Extend Deadline for Filing Stipulated Dismissal ("Motion"). The Court, having considered the Motion, the circumstances, and the conferral between the Parties, hereby:

**ORDERED AND ADJUDGED** as follows:

1.  The Motion is **GRANTED**.

2.  The parties have until Monday, September 27, 2021, to submit a stipulated dismissal entry.

**DONE AND ORDERED** IN Chambers, Fort Lauderdale, FL this ___ day of August 2021.

_____
**RAAG SINGHAL**
**UNITED STATES DISTRICT JUDGE**