UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case 0:20-cv-60827-AHS

ATP SCIENCE PROPRIETARY, LTD.,
an Australian proprietary limited
company, and ATP INSTITUTE
PROPRIETARY LIMITED, an Australian
proprietary limited company,

Plaintiffs,

vs.

CAESAR BACARELLA, an individual,
ALPHA PRIME APPAREL, INC., a Florida
Corporation and ALPHA PRIME REGIMEN,
LLC, a Florida limited liability company,

Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, ATP Science Proprietary, Ltd. and ATP Institute Proprietary Limited (collectively "ATP") and Defendants Caesar Bacarella, Alpha Prime Apparel, Inc., AP Sports Regimen, Inc., and Alpha Prime Regimen, LLC (collectively "AP") (hereinafter, the "Parties"), through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted against each other in this matter are hereby dismissed with prejudice.

WHEREFORE, the Parties respectfully request that this Court enter an order dismissing with prejudice all Plaintiffs' and Defendants' claims against each other, with each party to bear its own attorneys' fees and costs, and that the Court retain jurisdiction to enforce the Settlement Agreement between the Parties effective as of August 24, 2021. Consistent herewith Plaintiffs and Defendants consent to the Court having its case closed.

Respectfully submitted,

/s/ Justin Levine
JUSTIN LEVINE
Florida Bar No.: 106463
JUSTIN MAYA
Florida Bar No.: 126087
LIZZA CAROLA CONSTANTINE
Florida Bar No.: 1002945
COLE, SCOTT & KISSANE, P.A.
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, Florida 33401 Telephone
(561) 383-9222
Facsimile (561) 683-8977
E-mail: justin.levine@csklegal.com
E-mail: justin.maya@csklegal.com
E-mail: lizza.constantine@csklegal.com
*Attorneys for Defendants*

/s/ Deborah B. Baker
Deborah B. Baker, Esq.
Fla Bar No. 294380
**Greenspoon Marder LLP**
Brickell World Plaza
600 Brickell Avenue
Ste 3600
Miami, FL 33131
Tel: (305)789-2709
Email: Deborah.Baker@gmlaw.com
Email: Helbert.Canales-Rojas@gmlaw.com
Email: Alejandra.Albuerne@gmlaw.com
*Attorney for Plaintiffs*

/s/ John W. Becker, Esq.
JOHN W. BECKER, ESQ.
Ohio Bar No.: 0065491
CHRISTINE GARRITANO, ESQ.
Ohio Bar No.: 0078423
HARPST BECKER LLC
1559 Corporate Woods Pkwy., Suite 250
Uniontown, OH 44685
Telephone: (330) 983-9971
Facsimile: (330) 983-9981
E-mail: jbecker@harpstbecker.com
E-mail: cgarritano@harpstbecker.com

*Pro Hac Vice Admission*
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Deborah B. Baker*

2