UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60827-CIV-SINGHAL/VALLE

ATP SCIENCE PROPRIETARY, LTD.,
an Australian proprietary limited
company, and ATP INSTITUTE
PROPRIETARY LIMITED, an Australian
proprietary limited company,

    Plaintiffs,

v.

CAESAR BACARELLA, an individual,
ALPHA PRIME APPAREL, INC., a Florida
Corporation, and ALPHA PRIME REGIMEN,
LLC, a Florida limited liability company,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court on the parties' Stipulation of Dismissal with Prejudice (DE [120]).  The Court having reviewed the Stipulation and the docket, it is hereby

**ORDERED AND ADJUDGED** that all Plaintiffs' and Defendants' claims against each other are **DISMISSED WITH PREJUDICE**.  Each party shall bear its own attorney's fees and costs.  The Court retains jurisdiction to enforce the parties' settlement agreement in effect as of August 24, 2021.  The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 16th day of September 2021.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF